# dealtown

FURRY FRESHNESS   PETS   DOGS   CATS

## BIG News! 

**Furry Freshness** sent this email to their subscribers on **July 14, 2023**.



STAIN & ODOR REMOVAL     PET PRODUCTS     BUNDLES

## Big news, furry-freshness!

## FurryFreshness has undergone a makeover!

While **the formula remains unchanged**, we've given our product a fresh new look that we think you'll love!

*As we transition, you may receive the old label or you may receive the new label - rest assured the formula you know and love is the same.*

## Let us know what you think!

**EXHIBIT 1**

Please don't hesitate to reach out to us if you need anything or have any questions!

info@furryfreshness.com or 866.693.8779

# Lots of love 

Bryson, Jennifer & the FurryFreshness Team

## Thank you for supporting FurryFreshness!

**We're FurryFreshness!** We founded our family owned business on the simple belief that every pet and pet owner deserves a clean home! We began our journey in 2015 looking to solve a real problem in our lives. With 2 cats and 2 dogs messes are inevitable. And we grew tired of simply "masking" over the problem! So we got to work and formulated FurryFreshness Stain Remover! Which has since received the sought after Seal of Approval from The Carpet and Rug Institute (CRI). After all of the hard formulation work, we're proud to have a formula that removes odors and bacteria rather than simply masking it. We've now had the honor of serving over 300,000 pet parents (and counting!)

**The FurryFreshness Promise:**

- Safe for use around kids, pets, and plants
- Free from bleach & artificial fragrances
- Always 100% non-toxic
- Always made in the USA
- Always backed by a paw-some 100% money back guarantee

**Privacy Policy:** We are committed to your right to privacy, and we strive to provide a safe and secure user experience. Our explains how we collect, store and use personal information provided by you on our website. It also explains that we will never — under any circumstances — abuse the information that you give us in good faith. When you use our website, you can trust that what you want to be kept private, will be kept private. If at any time you would like to read our Privacy Policy to get a better understanding of your rights and liabilities under the law, you can find it on our website at the bottom of the page.

**Got Feedback?** We absolutely love any feedback from our community and we're constantly looking for ways to improve the lives of responsible pet owners. If you

EXHIBIT 1

would like to share your thoughts on how we can improve our products or your experience as a customer, simply reply to this email! We can't wait to hear what you think.

Text Only Version Of This Email

STAIN & ODOR REMOVAL

PET PRODUCTS

BUNDLES

Big news, furry-freshness!

FurryFreshness has undergone a makeover!

While the formula remains unchanged, we've given our product a fresh new look that we think you'll love!

*As we transition, you may receive the old label or you may receive the new label - rest assured the formula you know and love is

the same.

Let us know what you think! ...

Show all

## The Latest Emails Sent By Furry Freshness





The  Of FurryFreshness!

"I Will Never NOT Have This!"

EXHIBIT 1



Get Early Access To Our Labor Day Sale!



We Don't See Your Name?



15% Off For Life! 🫣



And So It Begins! 🎉

## More Emails, Deals & Coupons From Furry Freshness

EXHIBIT 1



🐈‍⬛ It's National Kitten Day!



Third Thursday's Training Tips & Tricks!



We Don't See Your Name?



Are They Accidents? Or Just Artistic Liberties 🎨

EXHIBIT 1



September FAVS 🤩



Need An Afternoon Pick-Me-Up?



Attention Cat Owners 🐈‍⬛



✨ NEW ✨ FurryFreshness Product Coming Soon!

EXHIBIT 1





📣 Here Comes Our BIGGEST Sale Of The Year

ALL NATURAL Shampoo For Your Pet 🐾🥒





🐶 A Clean Pup = A Clean Home!

You Made The Right Choice 🙌

# Email Offers, Discounts & Promos From Our Top Stores



EXHIBIT 1







SHE VIBE

🛒 Enter To Win A $250 SheVibe Shopping Spree!

TITAN NUTRITION

3 Essentials For Endurance Athletes

ORIGINS

Get The Most Out Of Your Moisturizer

PRINCE EDWARD ISLAND GOVERNMENT

Minister Jameson Attends National Meetings

EXHIBIT 1



NONI B

VIP Preview Winter Must Have Edit



DEVOS OUTDOOR

Up To 30% OFF Select Products



PREMIUM OUTLETS

Up To 85% Off Swim (Plus 3X Points!)



SPRING HILL NURSERIES

$10 Ships Everything 📑

**EXHIBIT 1**





**LASHES BY KINS**

Heart Shaped Lash Mirror And More Products You're Sure To Love

**CARBON 2 COBALT**

Time For A New Floral Shirt





**11 HONORE**

HURRY! These Styles Are Going Fast 💃

**HOLLYWOOD NAILS SUPPLY**

Gel Polish BOGOF Deals



**EXHIBIT 1**

Deal Town is an archive of the best email newsletters. Discover inspiration, deals and sales from the brands you love.

About Deal Town

## Contact

hello@deal.town

EXHIBIT 1



EXHIBIT 1