IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PET PEED SOLUTIONS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FURRYFRESHNESS, LLC,**<br>**BRYSON BILICEK and**<br>**JENNIFER BILICEK,**<br><br>    **Defendants.** | Civil Action No. 4:24-cv-2011 |

### FURRY FRESHNESS'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, FurryFreshness, LLC ("FurryFreshness"), Bryson Bilicek and Jennifer Bilicek, by and through undersigned counsel, hereby discloses the following:

FurryFreshness is a limited liability corporation located in Buda, Texas.  FurryFreshness has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: July 30, 2024

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
David M. Hoffman (*attorney-in-charge*)
Texas Bar No. 24046084
SDTX Bar No. 1618373
hoffman@fr.com
111 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

**COUNSEL FOR DEFENDANTS,
FURRYFRESHNESS, LLC BRYSON BILICEK,
AND JENNIFER BILICEK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on July 30, 2024 and was served via CM/ECF on all counsel of record.

*/s/ David M. Hoffman*
David M. Hoffman