IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PET PEED SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FURRYFRESHNESS, LLC,**<br>**BRYSON BILICEK and**<br>**JENNIFER BILICEK,**<br><br>Defendants. | Civil Action No. 4:24-cv-2011 |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to LR7.5.A Defendants, FurryFreshness, LLC ("FurryFreshness"), Bryson Bilicek and Jennifer Bilicek, by and through undersigned counsel, hereby request an oral argument of their Motion to Dismiss Pursuant to Rule 12(b)(6).

Dated: July 30, 2024

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
David M. Hoffman (*attorney-in-charge*)
Texas Bar No. 24046084
SDTX Bar No. 1618373
hoffman@fr.com
111 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

**COUNSEL FOR DEFENDANTS,**
**FURRYFRESHNESS, LLC BRYSON BILICEK,**
**AND JENNIFER BILICEK**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on July 30, 2024 and was served via CM/ECF on all counsel of record.

*/s/ David M. Hoffman*
David M. Hoffman